\*\* E-filed March 25, 2011 \*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rick Woods, Individually and On Behalf of Others Similarly Situated<br><br>            Plaintiff,<br><br>    v.<br><br>Google Inc.<br><br>            Defendant. | CASE NO. CV 11-1263<br><br>~~(Proposed)~~ **CORRECTED ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Ryan T. Degnan, whose business address and telephone number is Barroway Topaz Kessler Meltzer & Check, LLP, 280 King of Prussia Road, Radnor, PA 19087, (610) 667-7706

and who is an active member in good standing of the bar of Pennsylvania having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Rick Woods

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:   March 25, 2011

_____
Howard R. Lloyd
United States Magistrate Judge