1  MAYER BROWN LLP
   Edward D. Johnson (SBN 189475)
2  wjohnson@mayerbrown.com
   John M. Neukom (SBN 275887)
3  jneukom@mayerbrown.com
   Two Palo Alto Square, Suite 300
4  3000 El Camino Real
   Palo Alto, CA  94306-2112
5  Telephone:  (650) 331-2000
   Facsimile:  (650) 331-2060
6
7
   Attorneys for Defendant Google Inc.

IT IS SO ORDERED
Judge Edward J. Davila
10/6/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK WOODS, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | CASE NO.  5:11-CV-01263-EJD<br><br>**STIPULATION ENLARGING TIME PURSUANT TO LOCAL RULE 6-1(a)**<br><br>Honorable Edward J. Davila<br><br>Complaint filed:  March 15, 2011 |

Pursuant to N.D. Cal. Civil Local Rule 6-1(a), the named parties hereby stipulate that Defendant's response to Plaintiff's Amended Complaint (Docket No. 68) shall be filed no later than October 8, 2011.

If Defendant's response to the Amended Complaint is not an answer, but rather a motion pursuant to Fed. R. Civ. P. 12, then (i) Plaintiff's opposition to that motion shall be filed no later than November 9, 2011; and (ii) Defendant's reply shall be filed no later than November 18, 2011.

Date: September 19, 2011          MAYER BROWN LLP

   /s John M. Neukom
John M. Neukom

Attorneys for Defendant Google, Inc.

Date: September 19, 2011          NIX, PATTERSON & ROACH LLP

   /s Brad E. Seidel
Brad E. Seidel

Attorneys for Plaintiff Rick Woods

Filer's Attestation: In compliance with General Order 45(X)(B), I hereby attest that concurrence in the filing of this Stipulation has been obtained from counsel for Plaintiff, Brad E. Seidel.

   /s John M. Neukom
John M. Neukom