**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Ramzi Abadou (Bar No. 222567)
Stacey M. Kaplan (Bar No. 241989)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

Joseph H. Meltzer (*Pro Hac Vice*)
Sean M. Handler (*Pro Hac Vice*)
Naumon A. Amjed (*Pro Hac Vice*)
Ryan T. Degnan (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Interim Co-Class Counsel*

**NIX, PATTERSON & ROACH, LLP**
Jeffrey J. Angelovich (*Pro Hac Vice*)
Brad E. Seidel (*Pro Hac Vice*)
Andrew G. Pate (*Pro Hac Vice*)
Chad E. Ihrig (*Pro Hac Vice*)
3600 N. Capital of Texas Highway
Building B, Suite 350
Austin, TX 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RICK WOODS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No.   11-cv-1263-EJD<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DISCOVERY DISPUTE JOINT REPORT #1**<br><br>[Civil Local Rule 7-11 and 79-5] |

**TO DEFENDANT AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that under Local Rules 79-5, 7-11 and General Order 62, Plaintiff, Rick Woods, administratively moves to file under seal Discovery Dispute Joint Report #1 (the "Joint Report"). The Joint Report contains quotations and citations to documents produced by Defendant, which Defendant has designated as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order in this case. *See* Dkt. No. 103. Pursuant to Local Rule 79-5(d), Plaintiff files this Administrative Motion to Seal because he "wishes to refer in a memorandum or other filing to information [designated confidential] by another party." By so moving, Plaintiff does not waive his right to challenge Defendant's designations of the documents at a later date. Under Rule 79-5(d), "[w]ithin seven days," "the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality."

Pursuant to Local Rule 79-5(c) and General Order 62, Plaintiff will lodge with the Clerk and serve copies of the Joint Report in the appropriate sealed envelopes with the sealable portions identified by yellow highlighting within the text, including the copies for delivery to the Judge's Chambers. As required, Plaintiff will also lodge with the Clerk and serve a redacted version of the Joint Report that can be filed in the public record if the Court grants the sealing order.

As required by Local Rule 7-11, Plaintiff sought a stipulation from Defendant to the filing of the Joint Report under seal, and such stipulation was not given as Defendant did not respond to Plaintiff's request. *See* Exhibit A, attached hereto, which is a true and correct copy of Plaintiff's Counsel's request, to which he received no response within the time frame for filing this document.

Plaintiff respectfully requests he be permitted to file the Joint Report under seal or, if such request is denied, that he be permitted to file the Joint Report in the public record.

Dated: July 24, 2013

Respectfully submitted,

*/s/ Andrew G. Pate*

**NIX, PATTERSON & ROACH, LLP**
Jeffrey J. Angelovich
Brad E. Seidel
Andrew G. Pate
Chad E. Ihrig
3600 N. Capital of Texas Highway
Building B, Suite 350
Austin, TX 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Ramzi Abadou
Stacey M. Kaplan
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

Joseph H. Meltzer
Sean M. Handler
Naumon A. Amjed
Ryan T. Degnan
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Interim Co-Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 21, 2012.

*/s/ Andrew G. Pate*