1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RICK WOODS, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No.   11-cv-1263-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S MOTION FOR SANCTIONS FOR VIOLATING COURT ORDER** |

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL -2-

The Court, having considered Plaintiff's Administrative Motion to File Under Seal Plaintiff's Motion for Sanctions for Violating Court Order and Defendant's Response, and for good cause shown

**IT IS HEREBY ORDERED**, Plaintiff's Motion is GRANTED.

Portions of Plaintiff's Motion for Sanctions for Violating Court Ordered filed concurrently with this Administrative Motion have been properly redacted and publicly filed. The redacted portions shall remain under seal.

**THE COURT HEREBY ORDERS** that the following portions of Plaintiff's Motion for Sanctions for Violating Court Order be filed under seal:

| Document Containing Sealable Material | Portion to Be Sealed |
|---|---|
| Plaintiff's Motion for Sanctions for Violating Court Order | Page 4, lines 2–6 |
| Exhibit L | In its entirety |
| Exhibit M | In its entirety |
| Exhibit R | In its entirety |

IT IS SO ORDERED.

Dated: _____

The Honorable Howard R. Lloyd
United States Magistrate Judge