*E-Filed: June 19, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK WOODS, Individually and On Behalf of Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>GOOGLE, INC.,<br><br>    Defendant. | No. C11-01263 EJD (HRL)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART GOOGLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND LOCK DOCKET ENTRIES**<br><br>**[Re: Docket No. 157]** |

    Rick Woods, on behalf of a putative class, sues Google for its alleged failure to apply certain features of its advertising program as represented. Recently, Woods moved for sanctions against Google for its allege failure to comply with the undersigned's discovery order. *See* Dkt. No. 150. Google now moves to seal portions of Plaintiff's motion for sanctions and related Exhibit N because, subsequent to the filing of the motion, Google designated the material as confidential pursuant to the Stipulated Protective Order ("SPO"). *See* Dkt. No. 157. Woods opposes the motion and argues, among other things, that Google waived its confidentiality by failing to timely designate the material as provided in the SPO. *See* Dkt. No. 158. Google also moves for leave to file a reply, which Woods opposes. *See* Dkt. Nos. 160, 162.

    The underlying dispute here is not properly before the Court on an administrative motion. Accordingly, Google's motion is to file under seal is DENIED without prejudice to bring the matter before the Court in compliance with the applicable provisions of the SPO and the undersigned's

Standing Order re: Civil Discovery Disputes.[1] Nevertheless, the Court will GRANT Google's request to lock the docket entries pending the resolution of this dispute. However, the parties must file a Discovery Dispute Joint Report or otherwise come to an agreement without judicial intervention by July 8, 2014, or Google will be deemed to have dropped the dispute and the docket entries will be unlocked.

**IT IS SO ORDERED.**

Dated: June 19, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Google's motion for leave to file a reply is also denied.

**C11-01263 EJD Notice will be electronically mailed to:**

Andrew Gordon Pate     drewpate@nixlawfirm.com, monatucker@nixlawfirm.com

Brad Edward Seidel     bseidel@npraustin.com, monatucker@nixlawfirm.com

Chad Ethan Ihrig     cihrig@npraustin.com, ncameron@npraustin.com

Daniel Christopher Mulveny     dmulveny@ktmc.com

Donald M. Falk     dfalk@mayerbrown.com, kneale@mayerbrown.com, ladocket@mayerbrown.com

Edward D. Johnson     wjohnson@mayerbrown.com, eevans@mayerbrown.com, mkarczewski@mayerbrown.com, pdocket@mayerbrown.com

Eric Evans     eevans@mayerbrown.com, cpohorski@mayerbrown.com, paldocket@mayerbrown.com

Jeffrey John Angelovich     jangelovich@npraustin.com, bethgoodman@nixlawfirm.com

Jonathan Anderson Helfgott     jhelfgott@mayerbrown.com

Joseph H. Meltzer     jmeltzer@ktmc.com, eciolko@ktmc.com, jbelack@ktmc.com, kmarrone@ktmc.com, lloper@ktmc.com, pleadings@ktmc.com, sneis@ktmc.com

Margaret Elin Onasch     monasch@ktmc.com, dmaytorena@ktmc.com

Matthew Leo Mustokoff     mmustokoff@ktmc.com

Naumon A Amjed     namjed@ktmc.com

Robin Winchester     rwinchester@ktmc.com, ckeller@ktmc.com, cmcginnis@ktmc.com

Ryan Thomas Degnan     rdegnan@ktmc.com

Sean M. Handler, Esq     ecf_filings@ktmc.com, dcheck@ktmc.com, namjed@ktmc.com

Stacey Marie Kaplan     skaplan@ktmc.com, amarshall@ktmc.com, jjoost@ktmc.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**