**MAYER BROWN LLP**
Edward D. Johnson (SBN 189475)
wjohnson@mayerbrown.com
Donald M. Falk (SBN 150256)
dfalk@mayerbrown.com
Eric B. Evans (SBN 232476)
eevans@mayerbrown.com
Dominique-Chantale Alepin (SBN 241648)
dalepin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Matthew H. Marmolejo (SBN 242964)
mmarmolejo@mayerbrown.com
350 S. Grand Avenue, Suite 2500
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Sarah E. Reynolds (admitted *pro hac vice*)
sreynolds@mayerbrown.com
71 S. Wacker Drive
Chicago, IL  60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

*Attorneys for Defendant Google Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RICK WOODS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 11-cv-1263-EJD (HRL)<br><br>**REVISED JOINT STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR DEFENDANT GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     August 20, 2015<br>Time:    9:00 a.m.<br>Place:   Courtroom 4, 5th Floor<br>Judge:  Hon. Edward J. Davila |

1  Plaintiff Rick Woods ("Plaintiff") and Defendant Google Inc. ("Google"), by and through
2  their respective counsel of record, stipulate as follows:
3  WHEREAS, on April 23, 2015, Defendant filed a Motion for Summary Judgment;
4  WHEREAS, on May 6, 2015, the Court entered an order granting the parties' prior
5  stipulation to an extended briefing schedule;
6  WHEREAS, pursuant to that order, Plaintiff's Opposition to Defendant's Motion for
7  Summary Judgment would be filed on or before June 30, 2015 and Defendant's Reply in Support
8  of Summary Judgment would be filed on or before August 4, 2015; and
9  WHEREAS the parties wish to slightly adjust the briefing schedule now that certain
10 additional depositions have been scheduled.
11 The parties hereby jointly request that the Court enter the following schedule for briefing
12 of Defendant's Motion for Summary Judgment;
13     1. Plaintiff's Opposition will be filed on or before July 10, 2015; and
14     2. Defendant's Reply will be filed on or before August 6, 2015.

**IT IS SO STIPULATED.**

Dated: May 28, 2015                MAYER BROWN LLP

                                   By: /s/ Edward D. Johnson

                                       Edward D. Johnson

                                       *Attorneys for Defendant Google Inc.*

Dated: May 28, 2015                KESSLER TOPAZ MELTZER & CHECK, LLP

                                   By: /s/ Matthew L. Mustokoff

                                       Matthew L. Mustokoff

Dated: May 28, 2015                NIX, PATTERSON & ROACH, LLP

                                   By: /s/ Brad E. Seidel

                                       Brad E. Seidel

                                       *Interim Co-Lead Class Counsel*

1
REVISED STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
CASE NO. 11-CV-1263-EJD (HRL)

716272261

1 | **IT IS SO ORDERED** AS STIPULATED

2 | Dated: _____5/29/2015_____        _____
                                         Hon. Edward J. Davila
                                         U.S. District Judge

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I affirm that Matthew L. Mustokoff and Brad E. Seidel have consented to the electronic filing of this document on Plaintiff's behalf.

Dated: May 28, 2015                    MAYER BROWN LLP

By: /s/ Edward D. Johnson

Edward D. Johnson