**KESSLER TOPAZ
MELTZER & CHECK, LLP**
Stacey M. Kaplan  (Bar No. 241989)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

Sean M. Handler (*Pro Hac Vice*)
Matthew L. Mustokoff (*Pro Hac Vice*)
Ryan T. Degnan (*Pro Hac Vice*)
Margaret E. Onasch (*Pro Hac Vice*)
Daniel C. Mulveny (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**NIX, PATTERSON & ROACH, LLP**
Jeffrey J. Angelovich (*Pro Hac Vice*)
Brad E. Seidel (*Pro Hac Vice*)
Andrew G. Pate (*Pro Hac Vice*)
Chad E. Ihrig (*Pro Hac Vice*)
3600 N. Capital of Texas Highway
Building B, Suite 350
Austin, TX 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335

*Interim Co-Class Counsel*

**MAYER BROWN LLP**
Edward D. Johnson (SBN 189475)
wjohnson@mayerbrown.com
Donald M. Falk (SBN150256)
dfalk@mayerbrown.com
Eric B. Evans (SBN 232476)
eevans@mayerbrown.com
Dominique-Chantale Alepin (SBN 241648)
dalepin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000

*Attorneys for Defendant Google Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RICK WOODS, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>  vs.<br><br>GOOGLE INC.,<br><br>        Defendant. | Case No. 11-cv-1263-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY** |

1   Plaintiff Rick Woods and Defendant Google Inc., by and through their counsel of record
2   herein, hereby stipulate and agree, subject to Court approval, to the following regarding the scope
3   of discovery and testimony relating to experts in this matter:

4   WHEREAS, in order to avoid consuming the parties' and the Court's time and resources
5   on potential discovery issues relating to experts, the parties have agreed to certain limitations on
6   the scope of expert-related discovery and testimony in this matter.

7   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant
8   and subject to Court approval, as follows:

9   The following categories of data, information, or documents need not be disclosed by any
10  party, and are outside the scope of permissible discovery (including deposition questions):

11  1.   Any notes or other writings taken or prepared by or for an expert witness in
12  connection with this matter, including correspondence or memos to or from, and notes of
13  conversations with any person, including, but not limited to, the expert's assistants and/or clerical
14  or support staff, other fact or expert witnesses or non-testifying expert consultants, or attorneys
15  for the party offering the testimony of such expert witness, unless the expert witness relies on
16  those notes or other writings in connection with the expert witness' opinions in this matter; and

17  2.   Any oral or written communication between an expert witness and any person,
18  including, but not limited to, the expert's assistants and/or clerical or support staff, other fact or
19  expert witnesses or non-testifying expert consultants, or attorneys for the party offering the
20  testimony of such expert witness, unless the expert witness relies on those oral or written
21  communications in connection with the expert witness' opinions in this matter.

**IT IS SO STIPULATED**

DATED: June 4, 2015     **KESSLER TOPAZ MELTZER & CHECK, LLP**

By:    */s Matthew Mustakoff*
      Matthew L. Mustokoff

**NIX, PATTERSON & ROACH, LLP**

By:    */s Brad Seidel*
      Brad E. Seidel

*Interim Co-Lead Class Counsel*

DATED: June 4, 2015     **MAYER BROWN LLP**

By:    */s Edward D. Johnson*
      Edward D. Johnson

*Counsel for Defendant, Google Inc.*

Filer's Attestation: In compliance with General Order 45(X)(B), I hereby attest that concurrence in the filing of this Stipulation has been obtained from Interim Co-Lead Class Counsel, Matthew Mustakoff and Brad Seidel.

/s/ Edward D. Johnson   .
Edward D. Johnson

**IT IS SO ORDERED**

DATED: 6/8/2015     **Honorable Edward J. Davila**