| | |
|---|---|
| 1 | **MAYER BROWN LLP** |
| | Edward D. Johnson (SBN 189475) |
| 2 | wjohnson@mayerbrown.com |
| | Donald M. Falk (SBN 150256) |
| 3 | dfalk@mayerbrown.com |
| | Eric B. Evans (SBN 232476) |
| 4 | eevans@mayerbrown.com |
| | Two Palo Alto Square, Suite 300 |
| 5 | 3000 El Camino Real |
| | Palo Alto, CA 94306-2112 |
| 6 | Telephone: (650) 331-2000 |
| | Facsimile: (650) 331-2060 |
| 7 | |
| | Matthew H. Marmolejo (SBN 242964) |
| 8 | mmarmolejo@mayerbrown.com |
| | 350 S. Grand Avenue, Suite 2500 |
| 9 | Los Angeles, CA 90071 |
| | Telephone: (213) 229-9500 |
| 10 | Facsimile: (213) 625-0248 |
| 11 | Sarah E. Reynolds (admitted *pro hac vice*) |
| | sreynolds@mayerbrown.com |
| 12 | 71 S. Wacker Drive |
| | Chicago, IL 60606 |
| 13 | Telephone: (312) 782-0600 |
| | Facsimile: (312) 701-7711 |
| 14 | |
| | *Attorneys for Defendant Google Inc.* |
| 15 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | | |
|---|---|---|
| 18 | | |
| 19 | RICK WOODS, Individually and On Behalf of Others Similarly Situated | CASE NO. 5:11-CV-01263-EJD |
| 20 | Plaintiff, | **DEFENDANT GOOGLE INC.'S SUPPLEMENTAL FED R. CIV. P. 7.1 AND LOCAL RULE 3-15 CERTIFICATE OF INTERESTED ENTITIES** |
| 21 | v. | |
| 22 | GOOGLE INC., | |
| 23 | Defendant. | Date filed: October 8, 2015 |

25  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google Inc. discloses that

26  Google Inc. is a wholly owned subsidiary of Alphabet Inc.; accordingly, Alphabet Inc. has more

27  than 10% ownership of Google Inc.

28

1. Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1. Alphabet Inc., Holding Company of Defendant

    2. Google Inc., Defendant

DATED: October 8, 2015        Respectfully submitted,

**MAYER BROWN LLP**

 /s/ Edward D. Johnson     .

EDWARD D. JOHNSON
DONALD M. FALK
ERIC B. EVANS
MATTHEW H. MARMOLEJO
SARAH E. REYNOLDS

*Attorneys for Defendant Google Inc.*