United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK WOODS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE, INC.,<br><br>        Defendant. | Case No. 5:11-cv-01263-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement (Dkt. No. 244), the court has determined that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for February 11, 2016, is VACATED and will be reset, if appropriate, in the order addressing the pending motion for summary judgment.

**IT IS SO ORDERED.**

Dated: February 9, 2016

_____
EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:11-cv-01263-EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE