E-Filed 3/30/16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK WOODS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>GOOGLE, INC.,<br><br>            Defendant. | Case No.  11-cv-01263-EJD (HRL)<br><br>**INTERIM ORDER DIRECTING PARTIES TO FILE STATUS REPORT** |

The parties have several discovery disputes pending before this court. The court directs the parties to file, within fourteen days of Judge Davila's order on Google's motion for summary judgment, a joint status report. The status report should state which, if any, of the parties' prior discovery disputes remain pertinent and unresolved.

**IT IS SO ORDERED.**

Dated: March 30, 2016

‎_____
Howard R. Lloyd
United States Magistrate Judge

1