UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK WOODS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE, INC.,<br><br>　　　　　Defendant. | Case No.  5:11-cv-01263-EJD<br><br>**ORDER VACATING PRETRIAL AND TRIAL DATES AND DEADLINES** |

Due to the pending motion for summary judgment, the pretrial and trial dates and deadlines set in Pretrial Order filed on August 19, 2014 (Dkt. No. 177), including the Final Pretrial Conference scheduled for May 19, 2016, are VACATED and will be reset subsequent to the ruling on the motion for summary judgment.

**IT IS SO ORDERED.**

Dated: May 3, 2016

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:11-cv-01263-EJD
ORDER VACATING PRETRIAL AND TRIAL DATES AND DEADLINES