1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| RICK WOODS, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>          Defendant. | Case No. 11-cv-1263-EJD-HRL<br><br>**JOINT STATUS REPORT** |

1. On August 12, 2015, the District Court issued a scheduling order which, *inter alia*, deferred the completion of fact discovery until after its decision on Defendant's Motion for Summary Judgment. *See* Dkt. 241.

2. The District Court also issued further orders related to the case schedule on October 5, 2015, and February 9, 2016. *See* Dkts. 242 and 245.

3. On March 30, 2016, this Court ordered the parties to submit a joint status report within fourteen days of the District Court's order on Google's Motion for Summary Judgment, regarding the status of the parties' discovery disputes pending before the Court. *See* Dkt. 250.

4. On September 28, 2017, the District Court issued an order granting in part and denying in part Defendant's Motion for Summary Judgment. *See* Dkt. 253.

5. On September 29, 2017, the District Court issued an order scheduling a case management conference on December 7, 2017. *See* Dkt. 254.

6. In accordance with the Court's March 30, 2016 Order, the parties hereby update the Court with respect to the pending Discovery Dispute Joint Reports ("DDJR"), as follows:

   a. <u>DDJR Nos. 3 and 6</u>: The parties are attempting to reach a compromise regarding DDJR Nos. 3 and 6 and request that the Court defer its consideration of DDJR Nos. 3 and 6 at this time.

   b. <u>DDJR Nos. 4, 5 and 7</u>: The issues raised by this report are now moot.

Dated: October 12, 2017                    Respectfully submitted,

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**

 */s/ Matthew L. Mustokoff*

Matthew L. Mustokoff (*Pro Hac Vice*)
Margaret E. Onasch (*Pro Hac Vice*)
280 King of Prussia Road

1

Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and-

Stacey M. Kaplan (Bar No. 241989)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

**NIX, PATTERSON & ROACH, LLP**

 */s/ Brad E. Seidel*

Jeffrey J. Angelovich (*Pro Hac Vice*)
Brad E. Seidel (*Pro Hac Vice*)
Chad E. Ihrig (*Pro Hac Vice*)
3600 N. Capital of Texas Highway
Building B, Suite 350
Austin, TX 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335

-and-

Andrew G. Pate (*Pro Hac Vice*)
205 Linda Dr.
Daingerfield, TX 75638
Telephone: (903) 645-7333
Facsimile: (903) 645-4415

*Interim Co-Class Counsel*

**MAYER BROWN LLP**

 */s/ Edward D. Johnson*

Edward D. Johnson (SBN 189475)
wjohnson@mayerbrown.com
Eric B. Evans (SBN 232476)
eevans@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

-and-

2

JOINT STATUS REPORT
CASE NO. 11-CV-1263-EJD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Sarah E. Reynolds (*Pro Hac Vice*)
sreynolds@mayerbrown.com
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

*Attorneys for Defendant Google, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 12, 2017.

*/s/ Matthew L. Mustokoff*
Matthew L. Mustokoff