**MAYER BROWN LLP**
Edward D. Johnson (SBN 189475)
wjohnson@mayerbrown.com
Eric B. Evans (SBN 232476)
eevans@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Sarah E. Reynolds (admitted *pro hac vice*)
sreynolds@mayerbrown.com
71 S. Wacker Drive
Chicago, IL 60606
Telephone:  (312) 782-0600
Facsimile:  (312) 701-7711

*Attorneys for Defendant Google LLC,
formerly known as Google Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RICK WOODS, Individually and On Behalf of Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>    Defendant. | CASE NO. 11-cv-1263-EJD<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

NOTICE OF CHANGE OF ATTORNEY INFORMATION
CASE NO. 11-CV-1263-EJD

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTE that Dominique Chantale Alepin (California Bar Number
3  241648) is no longer with Mayer Brown LLP, counsel of record for Defendant Google Inc. in the
4  above-captioned matter.  Please remove her name from your service list.

6  DATED:  October 16, 2017  MAYER BROWN LLP

9  By:  /s/ Edward D. Johnson
10  EDWARD D. JOHNSON
    ERIC B. EVANS
11  SARAH E. REYNOLDS

12  *Attorneys for Defendant Google LLC*

1
NOTICE OF CHANGE OF ATTORNEY INFORMATION
CASE NO. 11-CV-1263-EJD