UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK WOODS,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:11-cv-01263-EJD<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CLARIFY SCHEDULING ORDERS**<br><br>Re: Dkt. No. 257 |

This Court issued a pretrial order on August 19, 2014. Dkt. No. 177. This Court issued a revised scheduling order on August 12, 2015. Dkt. No. 241.

On May 3, 2016, this Court ordered that the deadlines in the pretrial order at Dkt. No. 177 (but not in the order at Dkt. 241) were vacated and would be reset after the Court issued an order on Defendant's pending summary judgment motion. Dkt. No. 252. This Court issued an order on the summary judgment motion on September 28, 2017. Dkt. No. 253.

Plaintiff interprets the Court's previous orders to mean that the schedule in the August 12, 2015 order (Dkt. No. 241) remains in effect. Dkt. No. 259. Defendant believes that all deadlines have been vacated. Dkt. No. 257.

The Court orders that all pretrial and trial dates in the Court's previous scheduling orders (including Dkt. Nos. 177 <u>and</u> 241) are vacated. Per Dkt. No. 254, a case management conference is set for December 7, 2017. The parties shall propose a new schedule in their joint case management statement.

**IT IS SO ORDERED.**

Dated: October 20, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:11-cv-01263-EJD
ORDER GRANTING DEFENDANT'S MOTION TO CLARIFY SCHEDULING ORDERS

1