**MAYER BROWN LLP**
Edward D. Johnson (SBN 189475)
wjohnson@mayerbrown.com
Donald M. Falk (SBN 150256)
dfalk@mayerbrown.com
Eric B. Evans (SBN 232476)
eevans@mayerbrown.com
Sarah E. Reynolds (California bar admission pending)
sreynolds@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

*Attorneys for Defendant Google LLC,
formerly known as Google Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RICK WOODS, Individually and On Behalf of Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | CASE NO. 5:11-CV-01263-EJD<br><br>**DEFENDANT GOOGLE LLC'S SUPPLEMENTAL FED R. CIV. P. 7.1 AND LOCAL RULE 3-15 CERTIFICATE OF INTERESTED ENTITIES**<br><br>Date filed: December 11, 2017<br>Hon. Edward J. Davila |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC, formerly known as Google Inc., discloses the following:

Google LLC is a wholly owned subsidiary of XXVI Holdings Inc., which is a wholly owned subsidiary of Alphabet Inc., a publicly traded company. No publicly held corporation owns more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC

2. XXVI Holdings Inc., Holding Company of Google LLC

3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

DATED: December 11, 2017,                Respectfully submitted,

**MAYER BROWN LLP**

/s/ Edward D. Johnson
EDWARD D. JOHNSON

Attorneys *for Defendant Google LLC, formerly known as Google Inc.*