**MAYER BROWN LLP**
Edward D. Johnson (SBN 189475)
wjohnson@mayerbrown.com
Donald M. Falk (SBN150256)
dfalk@mayerbrown.com
Eric B. Evans (SBN 232476)
eevans@mayerbrown.com
Sarah E. Reynolds (SBN 319780)
sreynolds@mayerbrown.com
Zaneta J. Kim (SBN 317844)
zkim@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000

Daniel E. Jones (*pro hac vice*)
djones@mayerbrown.com
1999 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000

*Attorneys for Defendant Google LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RICK WOODS, Individually and RENE CABRERA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:11-cv-1263-EJD<br><br>[~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

| | | |
|---|---|---|
| 1 | Having considered the Google LLC's Administrative Motion to File Under Seal the Letter Concerning Court's Order (ECF No. 417) ("the Administrative Motion"), having determined that public disclosure of the confidential information described therein would harm Google, and finding compelling reasons to seal that information, IT IS HEREBY ORDERED THAT the Administrative Motion is **GRANTED**. | |

Having considered the Google LLC's Administrative Motion to File Under Seal the Letter Concerning Court's Order (ECF No. 417) ("the Administrative Motion"), having determined that public disclosure of the confidential information described therein would harm Google, and finding compelling reasons to seal that information, IT IS HEREBY ORDERED THAT the Administrative Motion is **GRANTED**.

**THE COURT HEREBY ORDERS** that the following redacted portions and fully sealed documents shall remain under seal:

| Motion or Exhibit | Portions to Be Sealed | Redacted/Filed under seal |
|---|---|---|
| Google's Letter Concerning Court's Order (ECF 417) | i. Page 1, highlighted portions indicate proposed redactions;<br>ii. Page 3, highlighted portions indicate proposed redactions;<br>iii. Page 4, highlighted portions indicate proposed redactions;<br>iv. Page 5, highlighted portions indicate proposed redactions | Redacted version filed publicly |
| Attachment A to Letter | Entirely under seal | File under seal |
| Attachment B to Letter | Entirely under seal | File under seal |

Compelling reasons having been shown, **IT IS SO ORDERED**.

Dated: November 9, 2018

The Honorable Virginia K. DeMarchi
United States Magistrate Judge

1

[PROPOSED] ORDER
CASE NO. 5:11-CV-01263-EJD