UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK WOODS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:11-cv-01263-EJD<br><br>**ORDER CONTINUING MOTION FOR CLASS CERTIFICATION, DAUBERT MOTIONS AND TRIAL SETTING CONFERENCE** |

Because Defendant's motion to dismiss remains under submission, the motion for class certification, *Daubert* motions and trial setting conference are continued to February 28, 2019 at 10:00 a.m.  The parties shall file an updated trial setting conference statement no later than February 18, 2019.

**IT IS SO ORDERED.**

Dated:  January 15, 2019

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:11-cv-01263-EJD
ORDER CONTINUING MOTION FOR CLASS CERTIFICATION
1