| | |
|---|---|
| **KESSLER TOPAZ**<br>**MELTZER & CHECK LLP**<br>Stacey M. Kaplan (Bar No. 241989)<br>One Sansome Street, Suite 1850<br>San Francisco, CA 94104<br>Telephone: (415) 400-3000<br>Facsimile: (415) 400-3001<br><br>-and-<br><br>Joseph H. Meltzer (*Pro Hac Vice*)<br>Matthew L. Mustokoff (*Pro Hac Vice*)<br>Margaret E. Mazzeo (*Pro Hac Vice*)<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br><br>*Interim Co-Class Counsel* | **NIX, PATTERSON & ROACH, LLP**<br>Jeffrey J. Angelovich (*Pro Hac Vice*)<br>Michael G. Angelovich (*Pro Hac Vice*)<br>Bradley E. Beckworth (*Pro Hac Vice*)<br>Andrew G. Pate (*Pro Hac Vice*)<br>Brad E. Seidel, Of Counsel (*Pro Hac Vice*)<br>3600 N. Capital of Texas Highway<br>Building B, Suite 350<br>Austin, TX 78746<br>Telephone: (512) 328-5333<br>Facsimile: (512) 328-5335 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RICK WOODS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 5:11-cv-1263-EJD (VKD)<br><br>**ORDER GRANTING PLAINTIFF CABRERA'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

1  Having considered Plaintiff Cabrera's Motion for Leave to File Motion for
2  Reconsideration, including the Memorandum of Points and Authorities set forth therein and the
3  Declaration of Matthew L. Mustokoff and Exhibits attached thereto, **IT IS HEREBY**
4  **ORDERED** that Plaintiff Cabrera's Motion for Leave to File Motion for Reconsideration is
5  **GRANTED**.  Defendant may file and serve a response to the motion for reconsideration no
6  later than April 8, 2019.  Thereafter the motion will be taken under submission for decision.
7  IT IS SO ORDERED.
8  Dated: March 7, 2019

   The Honorable Edward J. Davila
   United States District Court Judge