UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK WOODS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:11-cv-01263-EJD<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 523 |

Based upon the court's order granting Google's motion to dismiss Plaintiff Rene Cabrera's claims without leave to amend (Dkt. No. 480), judgment is entered in favor of Defendant Google LLC and against Plaintiff Rene Cabrera.

**IT IS SO ORDERED.**

Dated: June 25, 2019

EDWARD J. DAVILA
United States District Judge

Case No.: 5:11-cv-01263-EJD
JUDGMENT

1