**KESSLER TOPAZ MELTZER & CHECK, LLP**
Stacey M. Kaplan (Bar No. 241989)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

Joseph H. Meltzer (*Pro Hac Vice*)
Matthew L. Mustokoff (*Pro Hac Vice*)
Margaret E. Mazzeo (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

**NIX PATTERSON, LLP**
Michael B. Angelovich (*Pro Hac Vice*)
Jeffrey J. Angelovich (*Pro Hac Vice*)
Bradley E. Beckworth (*Pro Hac Vice*)
Andrew G. Pate (*Pro Hac Vice*)
Trey Duck (*Pro Hac Vice*)
Jessica Underwood (*Pro Hac Vice*)
8701 Bee Cave Road
Building 1, Suite 500
Austin, TX 78746
Telephone: (512) 328-5333

*Counsel for Plaintiffs and the Classes*

**MAYER BROWN LLP**
Edward D. Johnson (SBN 189475)
wjohnson@mayerbrown.com
Kristin W. Silverman (SBN 341952)
ksilverman@mayerbrown.com
Elspeth V. Hansen (SBN 293193)
ehansen@mayerbrown.com
Ankur Mandhania (SBN 302373)
amandhania@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Andrew J. Pincus (*pro hac vice*)
apincus@mayerbrown.com
Daniel E. Jones (*pro hac vice*)
djones@mayerbrown.com
1999 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-5220

*Counsel for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RENE CABRERA and RM CABRERA COMPANY, INC, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 5:11-cv-1263-EJD-VKD <br><br> **JOINT STATUS REPORT** |

JOINT STATUS REPORT

Pursuant to the Clerk's Notice dated February 20, 2025 (Dkt. 874), Plaintiffs Rene Cabrera and RM Cabrera Company, Inc. ("RMC," and collectively with Cabrera, "Plaintiffs") and Defendant Google LLC ("Defendant" or "Google") respectfully submit this Joint Status Report.

On December 19, 2024, the parties participated in a mediation conference before the Honorable Virginia K. DeMarchi. As the parties reported in a Joint Status Report (Dkt. 869) filed on January 24, 2025, following that settlement conference, the parties engaged in further mediation discussions. Those discussions have advanced since the filing of the last Joint Status Report on February 20, 2025. On February 24, 2025, the Court reserved April 17, 2025 for a hearing on Plaintiffs' Motion for Preliminary Approval of the Settlement. Given the advanced nature of the parties' settlement discussions and the upcoming April 17 hearing, the parties respectfully request that the Court adjourn the status conference set for March 20, 2025 (Dkt. 874).

DATED: March 13, 2025

Respectfully submitted,

**KESSLER TOPAZ
 MELTZER & CHECK, LLP**

/s/ Matthew L. Mustokoff[1]
Joseph H. Meltzer (*Pro Hac Vice*)
Matthew L. Mustokoff (*Pro Hac Vice*)
Margaret E. Mazzeo (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Stacey M. Kaplan (Bar No. 241989)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

**NIX PATTERSON, LLP**
Michael B. Angelovich (*Pro Hac Vice*)
Jeffrey J. Angelovich (*Pro Hac Vice*)
Bradley E. Beckworth (*Pro Hac Vice*)
Andrew G. Pate (*Pro Hac Vice*)

---

[1] In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

1
JOINT STATUS REPORT

Trey Duck (*Pro Hac Vice*)
Jessica Underwood (*Pro Hac Vice*)
8701 Bee Cave Road
Building 1, Suite 500
Austin, TX 78746
Telephone: (512) 328-5333

*Counsel for Plaintiffs and the Classes*

**MAYER BROWN LLP**

*/s/ Edward D. Johnson*
Edward D. Johnson (SBN 189475)
wjohnson@mayerbrown.com
Kristin W. Silverman (SBN 341952)
ksilverman@mayerbrown.com
Elspeth V. Hansen (SBN 293193)
ehansen@mayerbrown.com
Ankur Mandhania (SBN 302373)
amandhania@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Andrew J. Pincus (*pro hac vice*)
apincus@mayerbrown.com
Daniel E. Jones (*pro hac vice*)
djones@mayerbrown.com
1999 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-5220

*Counsel for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 13, 2025.

/s/ Matthew L. Mustokoff [2]
Matthew L. Mustokoff

---

[2] In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.