# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| RENE CABRERA and RM CABRERA COMPANY, INC., Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 5:11-cv-1263-EJD<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY<br><br>Date of Hearing: August 21, 2025<br><br>Time: 9:00 a.m.<br><br>Courtroom 4, 5th Floor<br><br>Judge: Hon. Edward J. Davila |

1  Plaintiffs' administrative request that Rene Cabrera be permitted to participate
2  telephonically during the final fairness hearing regarding the settlement, scheduled for August 21,
3  2025 at 9:00 a.m., is GRANTED. Counsel for Mr. Cabrera shall arrange for telephonic attendance
4  through the Court's clerk.
5  **IT IS SO ORDERED.**

8  Dated:   August 20, 2025

The Honorable Edward J. Davila
United States District Judge